# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:93-CR-105-4F

ALVIN THOMAS HARRISON, JR

On December 12, 2006, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                          Respectfully submitted,

/s/Jeffrey L. Keller                                            /s/Billy W. Boggs, Jr.
Jeffrey L. Keller                                               Billy W. Boggs, Jr.
Supervising U.S. Probation Officer                              Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 10th day of August, 2010.

James C. Fox
Senior U.S. District Judge